IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JORGE L. CONCEPCION,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 21-CV-3434** |
| | : | |
| **KIRSTEN KINCH, BRANDY BECK,** | : | |
| **JOHN E. DILLENSNYDER III,** | : | |
| **TONYA SHAFFER, AND JOHN DOE,** | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 16th day of December, 2022, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 42 & 44), as well as all other submissions related thereto, and for the reasons stated in the accompanying memorandum, it is **ORDERED** that:

1. Defendants' Motions to Dismiss (ECF Nos. 42 & 44) are **GRANTED** in part and **DENIED** in part,

2. Counts I, II, and III of Plaintiff's Third Amended Complaint (ECF 41) are **DISMISSED without prejudice** with leave to amend within fourteen (14) days,

3. Count IV is **DISMISSED with prejudice** against Defendants Shaffer and Dillensnyder only,

4. Defendants' Motions to Dismiss are **DENIED** (ECF Nos. 42 & 44) as to Count IV against Defendants Kinch, Beck, and Doe.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, J.**